**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COURTLAND SENEGAL,<br><br>                Petitioner,<br><br>   vs.<br><br>L. SMALL, WARDEN,<br><br>                Respondent. | CASE NO. ED CV 10-00874 AHM (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: March 4, 2011

*[signature]*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE