**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY COURTLAND SENEGAL, | CASE NO. ED CV 10-00874 AHM (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| L. SMALL, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of TROY COURTLAND SENEGAL for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 4, 2011

*[signature]*

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE